IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HATTIE ROBERTS**                                                                                   **PLAINTIFF**

V.                                    NO. 3:05CV00089-JFF

**JO ANNE B. BARNHART,**
**Commissioner, Social**
**Security Administration**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for calculation of benefits. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan,* 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 21st day of September, 2006.

UNITED STATES MAGISTRATE JUDGE